ALEXANDER MURPHY & CO v. UNITED STATES.

(Circuit Court, S. D. New York. January 22, 1895.)

No. 1,280.

CUSTOMS DUTIES—CLASSIFICATION—FILTERING PAPER.

Filtering paper that has been cut into disks and made ready for use in filtering, is not by this treatment removed from the provision in paragraph 419, Tariff Act October 1, 1890, c. 1244, § 1, Schedule M, 26 Stat. 599, for "papers commercially known as * * * 'filtering paper,' * * * made up in copying books, reams, or in any other form."

On Application for Review of a Decision of the Board of United States General Appraisers.

On the authority of a former decision, G. A. 1,557 (T. D. 13,052), the board overruled the protests of the importers against the assessment of duty by the collector of customs at the port of New York. The merchandise was described by the board as consisting of circular sheets of filtering paper about 12 inches in diameter, and as being bought, sold, and commercially known as "filtering paper." The provisions quoted in the opinion of the court (infra) are found in paragraphs 419 and 425, Tariff Act October 1, 1890, c. 1244, § 1, Schedule M, 26 Stat. 599.

Comstock & Brown, for importers.

Jason Hinman, Asst. U. S. Atty.

WHEELER, District Judge. This importation is of filtering paper, cut into disks ready for use in filtering, and are sometimes called "filters." The tariff act of 1890 provides for duties on "papers known commercially as 'copying paper,' 'filtering paper,' 'silver paper,' and all tissue paper, white or colored, made up in copying books, reams, or in any other form," and for a lesser duty on "manufactures of paper * *. * not specially provided for." They have been assessed as filtering paper. The importers appeal, claiming them to be completed filters, and therefore manufactures of paper. The paper was not at all changed, except in form, by this cutting into shape. The words "made up in copying books, reams, or in any other form," are applicable distributively, and seem intended to be so applied to all of the papers mentioned. The words "or in any other form," would be applicable to filtering papers; and as this cutting into disks is merely a change of form, these disks of filtering paper, even if they are called "filters," are filtering paper in that form specially provided for.

Judgment affirmed.